UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BEVERLY M. BOWMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-CV-079-DCLC-DCP ) ) |
| ANDREW SAUL, Commissioner of Social Security, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This case is before the undersigned pursuant to 28 U.S.C. § 636(b) and the Rules of this Court. Now before the Court is Defendant's Unopposed Motion to Stay [Doc. 9] filed on June 15, 2020.

Defendant states in its motion that due to the COVID-19 pandemic, the Social Security Administration Office of Appellate Operations, the office responsible for producing the certified transcript of the record necessary to adjudicate this case, is unable to do so at the present time. Defendant attaches the declaration of Christianne Voegele, Chief of Court Case Preparation and Review Branch 1, and Acting Chief of Court Case Preparation and Review Branch 3, of the Social Security Administration's Office of Appellate Operations, explaining the functional limitations currently in place. [Doc. 9-1]. Therefore, Defendant requests a stay of the proceedings until the requisite transcript can be produced. Lastly, Defendant states that Plaintiff does not oppose the pending motion.

For good cause shown, and considering the motion is unopposed, Defendant's motion [Doc. 9] is **GRANTED**, and this action is **STAYED** until the requisite transcript can be produced.

Defendant is **ORDERED** to file a status report **every sixty (60) days** and to file a motion to lift this stay as soon as practically feasible.

**IT IS SO ORDERED.**

ENTER:

*/s/ Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge