UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| BEVERLY BOWMAN, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | CIV. NO. 2:20-CV-79-DCLC-DCP |
| ANDREW SAUL, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

O R D E R

Defendant, Andrew Saul, Commissioner of Social Security, by and through J. Douglas Overbey, United States Attorney for the Eastern District of Tennessee, having notified the Court that the transcript of administrative proceedings pertaining to this case has been prepared, it is hereby:

**ORDERED** that the **STAY** entered in this case is **LIFTED**, and this matter reinstated on the docket; and it is further

**ORDERED** that Defendant shall file his response to Plaintiff's Complaint within five (5) days of the date of this order.

**IT IS SO ORDERED**.

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge