UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| BEVERLY M. BOWMAN, | ) |
| Plaintiff, | ) ) ) |
| v. | ) No. 2:20-CV-079-DCP ) |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

For the reasons stated in the Memorandum Opinion entered contemporaneously herewith, Plaintiff's Motion for Judgment on the Pleadings [**Doc. 21**] is **GRANTED IN PART**, and the Commissioner's Motion for Summary Judgment [**Doc. 23**] is **DENIED**. This case is **REMANDED** to the SSA for the ALJ to re-evaluate whether Plaintiff meets the requirements of Listings 2.02 and 2.03. Overall, in order to facilitate meaningful review, the ALJ should identify the applicable listed impairments and consider the record as a whole in determining whether Plaintiff satisfied the requisite Listing criteria.

**IT IS SO ORDERED.**

ENTER:

_Debra C. Poplin_
Debra C. Poplin
United States Magistrate Judge

ENTERED AS A JUDGMENT
s/ *LeAnna R. Wilson*
CLERK OF COURT